181 So. 926

### Felix WHITE v. STATE.
**1 Div. 304.**

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

181 So. 926

### Fred WHITE v. STATE.
**8 Div. 696.**

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

188 So. 927

### Gene WHITE v. STATE.
**4 Div. 508.**

Court of Appeals of Alabama.
April 11, 1939.

J. N. Mullins, of Dothan, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

189 So. 925

### John WHITE v. STATE.
**8 Div. 783.**

Court of Appeals of Alabama.
May 23, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

176 So. 927

### Malcolm WHITLEY v. STATE.
**6 Div. 161.**

Court of Appeals of Alabama.
Nov. 2, 1937.

BRICKEN, Presiding Judge.
Affirmed.

180 So. 903

### Iley WHITSETT v. STATE.
**2 Div. 643.**

Court of Appeals of Alabama.
April 5, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.